UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Jose Rosas Hernandez
                            Plaintiff,
v.                                            Case No.: 1:25−cv−15013
                                                   Honorable John Robert Blakey
Samuel Olson, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, February 4, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Status and motion hearing held on 2/4/2026. As stated on the record, the Court grants in part, and denies in part, Petitioner's amended petition for writ of habeas corpus [29]. The Court denies as moot the claims carried over from the initial petition, because this Court already granted relief under that petition. In the Amended petition, however, the Petitioner also claims (among other things) that his continued detention is unlawful (beyond the bond redetermination hearing and order of the Immigration Judge), because the invocation of the automatic stay remains inconsistent with Congress' delegation authority. E.g., Campos Leon v. Forestal, No. 1:25-CV-01774-SEB-MJD, 2025 WL 2694763, at *4 (S.D. Ind. Sept. 22, 2025). Without addressing Petitioner's other legal theories, this Court finds that his continued detention via the automatic stay provision remains inconsistent with the Laws of the United States. As a result, the Court expects that, within a reasonable time, Respondents shall, consistent with this order, either: (1) lift the automatic stay imposed pursuant to 8 C.F.R. § 1003.19(i)(2), accept Petitioner's bond, and release Petitioner in accordance with the Immigration Judge's prior bond redetermination order; or (2) effect removal proceedings consistent with the INA and its implementing regulations; or (3) seek and obtain a discretionary stay of the Immigration Judge's prior bond redetermination order, with the BIA, pursuant to 8 C.F.R. § 1003.19(i)(1). If Respondents fail to do one of these three options by noon on 2/9/2026, then they must appear before this Court at 1:00 p.m. on that same date and show cause why this Court should not exercise its equitable authority and order Petitioner's immediate release from custody. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.