UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Jose Rosas Hernandez
                     Plaintiff,

v.                                           Case No.: 1:25−cv−15013
                                                   Honorable John Robert Blakey

Samuel Olson, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 9, 2026:

      MINUTE entry before the Honorable John Robert Blakey: On 2/4/26, this Court ordered Respondents to either: (1) lift the automatic stay imposed pursuant to 8 C.F.R. § 1003.19(i)(2), accept Petitioner's bond, and release Petitioner in accordance with the Immigration Judge's prior bond redetermination order; or (2) effect removal proceedings consistent with the INA and its implementing regulations; or (3) seek and obtain a discretionary stay of the Immigration Judge's prior bond redetermination order, with the BIA, pursuant to 8 C.F.R. § 1003.19(i)(1). See [31]. Respondents filed a status report this morning, indicating that they elected to pursue the third option, and, in fact, secured a discretionary stay of the bond order from the BIA, see [32−1]. As a result, the Court strikes the 2/9/26 status hearing and dismisses Petitioner's amended petition [29] as moot. The Court also denies as moot the pending motion for a temporary restraining order [20]. All matters in dispute having been resolved, this case is closed. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.